FILED
APR 1 4 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

IN THE FEDERAL COURT OF THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| Brooke Beatrice Jaynes | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| VS | ) | Case NO._____ |
| | ) | |
| Southeast Health Hospital, | ) | |
| Kevin Callahan, CRNA, | ) | |
| And Meza Sterling, MD. | ) | |
| | ) | |
| Respondents | ) | |

## PETITION FOR ADDITIONAL TIME TO FILE SUIT

Comes now Petitioner in the above-entitled matter, and states and alleges as follows, to-wit:

1. That on April 15, 2015, Petitioner was a patient in the above-entitled hospital.

2. Petitioner was pregnant, and due to be delivered.

3. Complications arose, and it became necessary to deliver the baby by cesarean, Petitioner's original due delivery date had been May 4, 2015.

4. Defendant Kevin Callahan, CRNA, injected spinal injections to Petitioner innumerable times; Plaintiff stopped counting after the seventh spinal injection. Two numbing injections were administered prior to each spinal attempt. Said numbing

injections were not applied directly into the spinal cord unlike the above-referred to spinal injections.

5. These above-mentioned injections were under the direction of Meza Sterling, MD, the Defendant anesthesiologist on duty.

6. Said injections have caused plaintiff extreme pain and suffering, loss of wages, and punitive damages as deemed proper by the court.

WHEREFORE, Petitioner prays additional time in which to file suit in this matter.

PETITIONER

*[signature]*
BROOKE BEATRICE JAYNES

CERTIFICATE OF SERVICE

I hereby certify that I have mailed a true and correct copy of the above and foregoing Petition for Additional Time to File Suit to each of the above-named defendants at Southeast Hospital, Cape Girardeau, Missouri 63701.

*[signature]*
BROOKE BEATRICE JAYNES
PETITIONER
2122 MONTGOMERY ST.
CAPE GIRARDEAU, MO 63703
(573) 639-7929