# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| BROOKE BEATRICE-JAYNES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:17-CV-59 ACL |
| SOUTHEAST HEALTH HOSPITAL, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on review of plaintiff's pro se complaint. The complaint is defective because it has not been drafted on a Court-provided form. *See* Local Rule 2.06(A). Additionally, plaintiff has not submitted a financial affidavit along with her motion for leave to proceed in forma pauperis. *See* 28 U.S.C. § 1915(a).

Because plaintiff is proceeding pro se, the Court will allow her to file an amended complaint. Plaintiff has thirty days from the date of this Order to do so. Plaintiff is warned that the filing of an amended complaint replaces the original complaint, and claims that are not realleged are deemed abandoned. *E.g., In re Wireless Telephone Federal Cost Recovery Fees Litigation*, 396 F.3d 922, 928 (8th Cir. 2005). All of plaintiff's claims must be submitted in one, centralized form.

Additionally, plaintiff must state in the complaint the basis for this Court's jurisdiction. This Court generally has jurisdiction over cases arising under the Constitution or federal law, 28 U.S.C. § 1331, or state-law cases involving parties from separate states, 28 U.S.C. § 1332.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for additional time to file suit [ECF No. 2] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk is directed to mail to plaintiff a copy of the Court's form Civil Complaint and a CJA 23 financial affidavit.

**IT IS FURTHER ORDERED** that plaintiff must file an amended complaint on the Court-provided form within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that plaintiff must submit the completed financial affidavit along with her amended complaint.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this 17th day of April, 2017.

*/s/ Abbie Crites-Leoni*
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE