# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| BROOKE BEATRICE JAYNES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:17-CV-59 ACL |
| SOUTHEAST HEALTH HOSPITAL, et al., | ) ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS HEREBY CERTIFIED** that an appeal from this action would not be taken in good faith.

Dated this 25th day of July, 2017.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE